UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ APR 23 2014 ★

LONG ISLAND OFFICE

TROY WALLACE,

              Plaintiff,

-against-

**ORDER**
14-CV-2347(SJF)(WDW)

JOHN O'NEILL, Commissioner of Suffolk County
Department of Social Services, MARY ANN SEXTON,
Central Housing Coordinator, MRS. ALLEN (JANE DOE),
Central Housing Co-Coordinator,

              Defendants.
------------------------------------------------------------------X
FEUERSTEIN, District Judge:

On April 10, 2014, *pro se* plaintiff Troy Wallace ("plaintiff") filed a civil rights complaint in this Court pursuant to 42 U.S.C. § 1983 ("Section 1983") against John O'Neill, Commissioner of Suffolk County Department of Social Services; Mary Ann Sexton, Central Housing Coordinator; and "Mrs. Allen (Jane Doe)," Central Housing Co-Coordinator (collectively, "defendants"), accompanied by an application to proceed *in forma pauperis*.

Since plaintiff's financial status, as set forth in his declaration in support of his application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fees, see 28 U.S.C. § 1915(a)(1), the application to proceed *in forma pauperis* is granted.

The Clerk of the Court is directed to: (1) issue summonses as to each defendant; (2) forward copies of the summonses, the complaint, the Notice of Hearing dated April 23, 2014 and this Order to the United States Marshal for the Eastern District of New York for service upon defendants without prepayment of fees; and (3) serve notice of entry of this Order upon plaintiff in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

                                            s/ Sandra J. Feuerstein
                                            Sandra J. Feuerstein
                                            United States District Judge

Dated: April 23, 2014
       Central Islip, New York